1 | Brian Attard, Esq. (SBN: 332982)
2 | brian@kazlg.com
**KAZEROUNI LAW GROUP, APC**
3 | 2221 Camino Del Rio South, Suite 101
4 | San Diego, CA 92108
Telephone: (619) 233-7770
5 | Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
7 | Justin K. Wang

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN K. WANG, | Case No. 8:21-cv-00238-JLS (ADSx) |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT OF THE ENTIRE CASE** |
| v. | |
| RADIUS GLOBAL SOLUTIONS, LLC, | |
| Defendant. | |

    NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice within 90 days due to the parties agreed upon terms. Plaintiff requests that all pending dates and filing requirements be vacated and that the court set a deadline on or after July 6, 2021 for filing a Request for Dismissal.

//
//

Date: April 7, 2021                                KAZEROUNI LAW GROUP, APC

                                                   By: *s/Brian Attard*
                                                       Brian Attard, Esq.
                                                       *Attorneys for Plaintiff*
                                                       Justin K. Wang


                                                   SESSIONS, ISRAEL & SHARTLE, LLP

Date: April 7, 2021                                By: *s/ Brittany L. Shaw*
                                                       Brittany L. Shaw
                                                       *Attorneys for Defendant*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for the Defendants, and that I have obtained their authorization to affix their electronic signatures to this document.

Date: April 7, 2021                                KAZEROUNI LAW GROUP, APC

                                                   By: *s/ Brian Attard*
                                                       Brian Attard, Esq.
                                                       *Attorneys for Plaintiff*