**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN K. WANG,<br><br>Plaintiff,<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br><br>Defendant. | Case No. 8:21-cv-00238-JLS (ADSx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41** |

Based upon the Joint Stipulation to Dismiss Action Pursuant to FRCP 41 by Plaintiff, this Court hereby DISMISSES the above-captioned action with prejudice. **IT IS SO ORDERED.**

Dated: May 07, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE